# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: Frank Scott Dabney and Kathryn Harralle Dabney,<br><br>Debtors,<br><br>Frank Scott Dabney and Kathryn Harrelle Dabney,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America, N.A; Specialized Loan Servicing, LLC; Shellpoint Mortgage Servicing; and The Bank of New York Mellon,<br><br>Defendants. | Core Proceeding Case No.: 13-04227-JW<br><br>Adv. Case No.: 17-80037-jw<br><br><br><br>**MOTION FOR EXTENSION TO RESPOND TO WRITTEN DISCOVERY REQUESTS BY DEFENDANTS SHELLPOINT MORTGAGE SERVICING AND THE BANK OF NEW YORK MELLON** |

Defendants Shellpoint Mortgage Servicing ("Shellpoint") and The Bank of New York Mellon ("The Bank of New York") (hereinafter sometimes collectively referred to as "Defendants") hereby move for an Order granting them a twenty-one (21) day extension to respond to Plaintiff's Interrogatories, Requests for Production, and Requests for Admissions served via U.S. Mail on March 6, 2019. The responses are currently due April 8, 2019, which includes the three (3) day extension for responses due when served by mail. The undersigned requested a twenty-one (21) day extension from Plaintiffs' counsel on April 5, 2019, but no response has been received at the time of filing. The grounds for the request is that the undersigned is still gathering information from the clients to respond to the discovery requests. The new proposed date for the responses is April 29, 2019.

Wherefore, these Defendants respectfully request an Order granting them a twenty-one (21) days extension to serve their responses to Plaitnifs' written discovery requests making the responses due on or before April 29, 2019.

.

                                            RILEY POPE & LANEY, LLC

                                            s/Damon C. Wlodarczyk
                                            Damon C. Wlodarczyk, Fed. I.D. No. 9487
                                            Post Office Box 11412
                                            Columbia, South Carolina 29211
                                            Telephone:  (803) 799-9993
                                            Facsimile:  (803) 239-1414
                                            Attorneys for Defendants Shellpoint
                                            Mortgage Servicing and The Bank of New
                                            York Mellon

Columbia, South Carolina

April 8, 2019