**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:  **13-04227-jw**
Adversary Proceeding Number:  **17-80037-jw**

## ORDER ON MOTION TO EXTEND TIME

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**04/22/2019**



*US Bankruptcy Judge*
District of South Carolina

Entered: 04/22/2019

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re,<br><br>Frank Scott Dabney and Kathryn Harrelle Dabney,<br><br>Debtor(s). | C/A No. 13-04227-JW<br><br>Adv. Pro. No. 17-80037-JW<br><br>Chapter 13 |
| Frank Scott Dabney and Kathryn Harrelle Dabney,<br><br>Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING, LLC; Shellpoint Mortgage Servicing; Bank of New York Mellon c/o Shellpoint Mortgage Servicing,<br><br>Defendant(s). | **ORDER ON MOTION TO EXTEND TIME** |

This matter comes before the Court upon the Motion for Extension to Respond to Written Discovery Requests ("Motion") filed by Shellpoint Mortgage Servicing and the Bank of New York Mellon ("Defendants"). In the Motion, Defendants seek a 21-day extension to provides responses to Frank Scott Dabney and Katheryn Harrelle Dabney's ("Plaintiffs") Interrogatories, Requests for Production and Request for Admission.

For good cause shown and without objection, the Court hereby grants the Motion.

**AND IT IS SO ORDERED.**

Columbia, South Carolina
April 22, 2019